**STATE of Missouri, Respondent,**

v.

**Robert Dale SCHLUP, Appellant.**

No. WD 63562.

Missouri Court of Appeals, Western District.

March 15, 2005.

Kent Denzel, Columbia, MO, for Appellant.

Deborah Daniels, Jefferson City, MO, for Respondent.

Before BRECKENRIDGE, P.J., LOWENSTEIN and HARDWICK, JJ.

## ORDER

PER CURIAM.

Appellant raises one point following his jury conviction for forcible rape, forcible sodomy, kidnapping, and first-degree robbery. He asserts prejudicial error in the trial court overruling his motion for mistrial because of an answer of a prosecution witness as to the place of the arrest. Affirmed. Rule 30.25(b).